**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**ALBERTO REYES, III,**

                                   **Plaintiff,**                  **REPORT AND**
                                                                       **RECOMMENDATION**

                      **-against-**                                     **21-CV-3496 (WFK)**

**EQUIFAX, et al.,**

                                   **Defendants.**
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Since this action was removed from state court on June 22, 2021 by defendant Trans Union, LLC, plaintiff has taken no further action to prosecute his claims against defendants Resurgent Capital Services ("Resurgent") and LVNV Funding, LLC ("LVNV"). By Order dated October 27, 2021, this Court directed plaintiff to show cause, in writing, by November 1, 2021, why the case should not be dismissed against those defendants for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and for failure to effect timely service on those defendants pursuant to Rule 4(m). See Order to Show Cause (Oct. 27, 2021), DE #9. Plaintiff has ignored the Court's Order.

      Accordingly, by failing to take any action in this case against defendants Resurgent and LVNV and failing to respond to this Court's Order, plaintiff has demonstrated his continued disinterest in pursuing claims against those defendants. It is therefore the recommendation of this Court that the claims against Resurgent Capital Services and LVNV Funding, LLC be dismissed with prejudice for lack of prosecution and failure to serve.

      Any objections to this Report and Recommendation must be filed with the Honorable

William F. Kuntz, II on or before November 19, 2021.   Failure to file objections in a timely manner may waive a right to appeal the District Court order.   See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a)(1), 72(b)(2); Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

Plaintiff is directed to promptly serve a copy of this Report and Recommendation on defendants Resurgent Capital Services and LVNV Funding, LLC, and to file proof of service.

**SO ORDERED.**

Dated:   Brooklyn, New York
         November 5, 2021

/s/ *Roanne L. Mann*

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**